HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDIP SINGH DHILLON,

    Plaintiff,

v.

JEH JOHNSON, et al.,

    Defendants.

CASE NO. C15-1532RAJ

ORDER

    This matter comes before the Court on the Government's Motion to Dismiss and/or for Summary Judgment (Dkt. # 13) and Plaintiff Amandip Singh Dillon's ("Plaintiff") "Motion for Summary Judgement [sic] to Enforce ABT Settlement or Transfer/Consolidate With ABT Case CV11-2108RAJ" (Dkt. # 16). The matter was transferred to the Court on August 22, 2016 after the Plaintiff acknowledged that the mandamus issues raised in his complaint were moot. *See* Dkt. # 22 at 4.

    The only remaining issue – apparently – was whether the court should find Plaintiff to be a member of the *ABT* settlement class. The Government's contended that the court was without jurisdiction to review the merits of the USCIS' decision to deny relief under the *ABT* Settlement Agreement. *See* Dkt. # 18 at 6; Dkt. # 21 at 4. Given that the matter was transferred before this Court on August 22, 2016, that argument no longer holds water. Dkt. # 22.

    In other words, the issues presented in the Parties' respective motions are now moot. As a result, the Court will simply deny both motions. Dkt. # 13 & 16.

ORDER – 1

Beyond this, it is not entirely clear how the Parties intend that the Court to proceed. To that end, the Court **ORDERS** the Parties to meet and confer within 14 days of the date of this Order discuss the issues they believe remain pending before the Court. The Parties are further **ORDERED** to submit a joint statement not to exceed 10 pages within 7 days of their meet and confer. That joint statement must address the following issues: (1) what issues remain pending before the Court, (2) how the Parties intend to resolve those issues, and (3) a proposed schedule for adjudicating those issues.

DATED this 6th day of September, 2016.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2